1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  PAUL SACHELARI, CSBN 230082
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
         Telephone: (510) 970-4853
10       Facsimile: (415) 744-0134
11       Email: paul.sachelari@ssa.gov
12 Attorneys for Defendant

JS-6

                    UNITED STATES DISTRICT COURT
13
                 CENTRAL DISTRICT OF CALIFORNIA
14
                          WESTERN DIVISION
15

16 REGINA WHITE,                    )   No. 2:21-cv-08255-JEM
                                    )
17        Plaintiff,                )   [PROPOSED]
                                    )   **JUDGMENT OF REMAND**
18            v.                    )
                                    )
19 KILOLO KIJAKAZI, Acting          )
20 Commissioner of Social Security, )
                                    )
21        Defendant.                )

22
23        The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

25 of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

26        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

27 captioned action is remanded to the Commissioner of Social Security for further

28 ///

   ///

proceedings consistent with the Stipulation of Remand.

DATED: _5/2/22_

John E. McDermott

HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE